CARRILLO, DEMANDANTE Y APELANTE, *v.* ALEJANDRINO, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Segundo, en pleito sobre desahucio.

No. 3005.—Resuelto en julio 28, 1923.

DESAHUCIO EN PRECARIO—CONFLICTO DE TÍTULOS—PRUEBA.—Aunque el demandado en desahucio no presente prueba en apoyo de sus alegaciones, si de la ofrecida por el demandante resulta el conflicto de títulos, procede declarar sin lugar la demanda.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. H. Torres Solá* y *R. Ramírez Pabón.*

Abogado del apelado: *Sr. J. Ruiz de Val.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

El presente es un caso de desahucio. La demandante funda su acción en que es dueña de la casa que se describe en la demanda y alega que el demandado la disfruta en precario. El demandado negó estas alegaciones y sostiene que desde antes de 1922 viene ocupando la mitad de la casa por ser condueño de la misma en una participación proindivisa de una tercera parte.

Celebrado el juicio y practicadas las pruebas, la corte inferior declaró sin lugar la demanda, y contra la sentencia dictada se ha establecido esta apelación.

En este caso solamente se practicó prueba de la demandante, y la apelante sostiene que la corte inferior no pudo dirimir conflicto alguno de evidencia, ya que no se ofreció ni practicó prueba por el demandado. Sin embargo, no aparece haber sido necesaria la aportación de prueba alguna por el demandado para sostener sus alegaciones, y la corte inferior fundó su sentencia en la propia prueba de la demandante que resultó contradictoria y más bien *prima facie* favorable al demandado. De un lado, en la escritura de adquisición de la casa por la demandante, se hace constar que la vendedora, hermana del demandado, adquirió la casa objeto del desahucio por herencia de su difunto padre Francisco Alejandrino, y de otro lado, en vista de tal admisión que favorece la posición del demandado, se intenta destruir aquella admisión por la misma prueba testifical de la demandante. Esto es realmente contradictorio y resulta elemental que con una prueba de tal naturaleza y en un juicio sumario de desahucio no podía sostenerse un fallo adverso al demandado, toda vez que las alegaciones de dicho demandado no están desprovistas de toda prueba, y en estas condiciones el desahucio no debe decretarse, dejando a las partes para que ventilen sus respectivos derechos en el juicio ordinario correspondiente. *Veve* v. *The Fajardo Sugar Growers' Association,* 18 D. P. R. 282; *Andino* v. *Canales,* 27 D. P. R. 282.

Por lo expuesto la sentencia de la corte inferior debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.